UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

JS-6

**CIVIL MINUTES – GENERAL**

| Case No. | ED CV 20-00696-DOC (JDEx) | Date | March 3, 2021 |
|---|---|---|---|
| Title | Yoselin Gabriela Reina Moran, et al. v. United States Department of Homeland Security, et al. | | |

PRESENT: **HONORABLE DAVID O. CARTER, UNITED STATES DISTRICT JUDGE**

Kelly Davis
Courtroom Clerk

Debbie Gale
Court Reporter

ATTORNEY PRESENT
FOR PLAINTIFF:

ATTORNEY PRESENT
FOR DEFENDANT:

Nicolette Glazer

Courtney Moran
Katelyn Masetta-Alvarez

**PROCEEDINGS: ZOOM STATUS CONFERENCE (Held and Completed)**

Case called.   Court and counsel confer.   Plaintiff counsel orally withdraws, without prejudice, the Motion to Certify Class [42] and the Motion for Preliminary Injunction re Release Motion [43].   The Court allows the oral withdrawal of the motions.

The Court orders this action STAYED and CLOSED without prejudice. The Court hereby orders **ALL** proceedings in the case VACATED and taken off calendar. The Court retains jurisdiction and is amenable to vacate this order and reopen the action upon notice by the parties.

: 10

Initials of Deputy Clerk     kd